*Appeal No. 23-11270*

_____

*In the*
United States Court of Appeals
*For the*
Eleventh Circuit

_____

ALAN DERSHOWITZ,
*Plaintiff-Appellant*
vs.
CABLE NEWS NETWORK, INC.,
*Defendant-Appellee*

_____

On Appeal from the United States District Court
for the Southern District of Florida
Hon. Raag Singhal
Case No. 20-cv-61872-SINGHAL/HUNT

**PLAINTIFF-APPELLANT'S CERTIFICATE OF INTERESTED PERSONS**

Mark A. Schweikert
SCHWEIKERT LAW PLLC
1111 Brickell Avenue, Ste. 1550
Miami, FL 33131

*Attorneys for Plaintiff-Appellant*

No. 23-11270
*Dershowitz v. Cable News Network, Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, Appellant Alan Dershowitz hereby makes his disclosure of interested persons and corporate disclosure statement:

Bolger, Katherine M.

Cable News Network, Inc.

Davis Wright Tremaine LLP

Dershowitz, Alan

Edison, Eric Corey

Everdell, Abigail B.

Feder, Eric J.

Gunster, Yoakley & Stewart, P.A.

Holoszyc-Pimentel, Raphael

Hunt, Patrick M., Magistrate Judge

Koslowe, Neil H.

Kozinski, Alex

LeMieux, George S.

Levine, Amanda B.

Oran, Hilary

No. 23-11270
*Dershowitz v. Cable News Network, Inc.*

    Potomac Law Group, PLLC

    Schweikert Law PLLC

    Schweikert, Mark A.

    Singhal, Raag, District Court Judge

    Warner Bros. Discovery Inc. ("WBD")

    Williams Lopatto PLLC

    Williams, John B.

Dated: April 28, 2023          Respectfully submitted,

                                         By: /s/ Mark A. Schweikert
                                         Mark A. Schweikert
                                         SCHWEIKERT LAW PLLC
                                         1111 Brickell Avenue, Ste. 1550
                                         Miami, Florida 33131

                                         John B. Williams
                                         WILLIAMS LOPATTO PLLC
                                         1629 K Street, N.W., Ste. 300
                                         Washington, DC 20006

                                         Neil H. Koslowe
                                         POTOMAC LAW GROUP, PLLC
                                         1300 Pennsylvania Ave., N.W., Ste. 700
                                         Washington, DC 20004

                                         *Attorneys for Plaintiff-Appellant*

No. 23-11270
*Dershowitz v. Cable News Network, Inc.*

**Certificate of Service**

I hereby certify that on April 28, 2023, a true and correct copy of the foregoing *Plaintiff-Appellant's Certificate of Interested Persons* has been sent via CM/ECF to all counsel of record.

Dated: April 28, 2023                    By: /s/ Mark A. Schweikert
                                                  Mark A. Schweikert