NO. 23-11270

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

ALAN M. DERSHOWITZ,
Plaintiff-Appellant

*versus*

CABLE NEWS NETWORK, INC.,
Defendant-Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
USDC NO. 0:20-cv-61872
HON. ANURAANG H. SINGHAL

---

# APPELLANT'S EMERGENCY MOTION FOR LEAVE FOR HIS COUNSEL TO APPEAR REMOTELY AT TOMORROW'S ORAL ARGUMENT DUE TO INCLEMENT WEATHER IN MIAMI

---

JOHN B. WILLIAMS
WILLIAMS LOPATTO PLLC
1629 K STREET, N.W., STE 300
WASHINGTON D.C. 20006
TEL: (202) 296-1665
JBWILLIAMS@WILLIAMSLOPATTO.COM

MARK A. SCHWEIKERT
SCHWEIKERT LAW PLLC
1111 BRICKELL AVENUE, STE 1550
MIAMI, FL 33131
TEL: (305) 999-1906
MARK@SCHWEIKERTLAW.COM

NEIL H. KOSLOWE
POTOMAC LAW GROUP, PLLC
1300 PENN. AVE, N.W., STE 700
WASHINGTON D.C. 20004
TEL: (202) 320-8907
NKOSLOWE@POTOMACLAW.COM

**COUNSEL FOR APPELLANT
ALAN M. DERSHOWITZ**

# Certificate of Interested Persons and Corporate Disclosure Statement

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, Appellant Alan Dershowitz hereby makes his disclosure of interested persons and corporate disclosure statement:

Bolger, Katherine M.

Cable News Network, Inc.

Davis Wright Tremaine LLP

Dershowitz, Alan

Edison, Eric Corey

Everdell, Abigail B.

Feder, Eric J.

Gunster, Yoakley & Stewart, P.A.

Holoszyc-Pimentel, Raphael

Hunt, Patrick M., Magistrate Judge

Koslowe, Neil H.

Kozinski, Alex

LeMieux, George S.

Levine, Amanda B.

Oran, Hilary

Potomac Law Group, PLLC

Schweikert Law PLLC

Schweikert, Mark A.

Singhal, Raag, District Court Judge

Warner Bros. Discovery Inc. ("WBD")

Williams Lopatto PLLC

Williams, John B.

Dated: June 11, 2024

By: /s/ Mark A. Schweikert
Mark A. Schweikert
SCHWEIKERT LAW PLLC
1111 Brickell Avenue, Ste. 1550
Miami, Florida 33131

1

## Emergency Motion for Leave for Appellant's Counsel to Appear Remotely at Tomorrow's Oral Argument Due to Inclement Weather in Miami

Appellant Alan Dershowitz respectfully moves for leave for his counsel, John A. Williams, to appear remotely at tomorrow's oral argument, because he is currently stuck in Washington, D.C. due to the inclement weather in Miami, and as grounds states:

1. Mr. Williams is Appellant's lead counsel who is prepared to appear and argue on his behalf at tomorrow's oral argument.

2. Mr. Williams lives in Washington, D.C. and is currently stuck at the airport in Washington, D.C., due to the ongoing inclement weather in Miami.

3. Mr. Williams respectfully requests leave to appear remotely at tomorrow morning's oral argument in the event he is unable to arrive in Miami in person in time for the oral argument.

4. Appellant's counsel emailed Appellee's counsel about whether they opposed this motion but did not receive a response prior to filing.

WHEREFORE, Appellant respectfully requests leave for his counsel, John A. Williams, to appear remotely at tomorrow morning's

argument to the extent he is unable to arrive in Miami in time for the oral argument due to the ongoing inclement weather.

Dated: June 11, 2024

Respectfully submitted,

By: /s/ Mark A. Schweikert
Mark A. Schweikert
SCHWEIKERT LAW PLLC
1111 Brickell Avenue, Ste. 1550
Miami, Florida 33131

John B. Williams
WILLIAMS LOPATTO PLLC
1629 K Street, N.W., Ste. 300
Washington, DC 20006

Neil H. Koslowe
POTOMAC LAW GROUP, PLLC
1300 Penn. Ave., N.W., Ste. 700
Washington, DC 20004

Counsel for Appellant
**ALAN M. DERSHOWITZ**

## Certificate of Compliance with Type-Volume Limit

1. This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this motion contains 194 words, excluding the parts of the motion exempted by Fed. R. App. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word in Century Schoolbook 14-point font.

Dated:  June 11, 2024                    By: /s/ Mark A. Schweikert
                                                                                    Mark A. Schweikert
                                                                                    SCHWEIKERT LAW PLLC
                                                                                    1111 Brickell Avenue, Ste. 1550
                                                                                    Miami, Florida 33131

## Certificate of Service

This certifies that the foregoing motion has been filed electronically with the Clerk for the United States Court of Appeals for the Eleventh Circuit, which will automatically send a copy of same to all counsel of record by e-mail.

Dated: June 11, 2024                    By: /s/ Mark A. Schweikert
                                        Mark A. Schweikert
                                        SCHWEIKERT LAW PLLC
                                        1111 Brickell Avenue, Ste. 1550
                                        Miami, Florida 33131