# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11270
_____

ALAN M. DERSHOWITZ,

                                                      *Plaintiff-Appellant,*

versus

CABLE NEWS NETWORK, INC.,

                                                      *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:20-cv-61872-AHS
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 29, 2025

For the Court: DAVID J. SMITH, Clerk of Court